IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY J. LANERI, III**                                                                                    **PETITIONER**

v.                                                                            CIVIL ACTION NO. 1:23-cv-51-TBM-MTP

**BURL CAIN**                                                                                                 **RESPONDENT**

## **FINAL JUDGMENT**

This matter is before the Court on the submission of the Report and Recommendation [7] entered by United States Magistrate Michael T. Parker on November 2, 2023. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that Henry J. Laneri's Petition for Writ of Habeas Corpus [1] pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 21st day of November, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE